HENRY WHEELER AND REX LEDBETTER V. THE STATE.

No. 20710. Delivered October 25, 1939.
Rehearing Denied November 15, 1939.

The opinion states the case.

No attorney for appellants.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

HAWKINS, Presiding Judge.

Appellants were jointly indicted and jointly tried for robbery. A judgment of conviction resulted. The punishment assessed against Henry Wheeler was six years in the penitentiary, and that assessed against Rex Ledbetter was eight years in the penitentiary.

The indictment is sufficient to charge the offense. The record is without statement of facts or bills of exception. Nothing is presented for review.

The judgment against each of said appellants is affirmed.

### ON MOTION FOR REHEARING.

KRUEGER, Judge.

Appellants, in their motion for a rehearing, assert that the indictment is too indefinite and uncertain in its averments to apprise them of the nature of the accusation against them. We have again examined the same and find it sufficient to charge the offense of robbery by assault. See Branch's Ann. P. C., p. 1301, Secs. 2381 to 2388.

They next contend that the evidence adduced upon the trial is wholly insufficient to justify and sustain their conviction.

We find no statement of facts in the record, and in the absence of the same, we are not in a position to review the question.

The motion for a rehearing is overruled.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.